IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                               CASE NO.:  3:03cr126/LAC
                                                                  3:04cv454/LAC/MD

DONALD GENE ENGLISH
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 27, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence (doc. 24) is DENIED.

DONE AND ORDERED this 27th day of October, 2005.

                                                    s/*L.A. Collier*_____
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**